ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
JESSICA A. WOOD - State Bar No. 269562
jwood@glaserweil.com
KOLLIN J. ZIMMERMANN -State Bar No. 273092
kzimmermann@glaserweil.com
GLASER WEIL FINK JACOBS
   HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff
*SHFL entertainment, Inc.,*
*Formerly known as Shuffle Master, Inc.*

[Attorneys for Defendant listed on following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHUFFLE MASTER, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>KARDWELL INTERNATIONAL, INC., a New York corporation,<br><br>Defendant. | CASE NO.: CV12-8271-SVW (RZx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>[NOTE COURT MODIFICATION]<br><br>[JS-6] |

Having considered the Complaint on file in this action and SHFL entertainment, Inc., formerly known as Shuffle Master, Inc., a Minnesota corporation ("SHFL"), on the one hand and Kardwell International, Inc., a New York corporation ("KARDWELL") on the other (each a "Party," and collectively the "Parties"), and the Parties having consented to the terms of the permanent injunction set forth below, this Court hereby finds as follows:

1. This case arises under the laws of the United States, specifically the patent laws of the United States, 35 U.S.C. §101 *et seq.,* the trademark laws of the United States, 15 U.S.C. §1114 *et seq.,* the copyright laws of the United States, 17 U.S.C. §101 *et seq.,* and the laws of the State of California.

2. This Court has original jurisdiction of this action under 15 U.S.C. §1121 and 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction under 28 U.S.C. § 1367 because the claims are so related as to form part of the same case or controversy.

3. This Court determined that it has personal jurisdiction over KARDWELL because it solicits, transacts and does business in this District.

4. This Court has determined that venue is proper in the United States District Court for the Central District of California under 28 U.S.C. §§ 1391(b) and (c).

5. SHFL is, among other things, a manufacturer of casino gaming equipment and licensor of proprietary games, including but not limited to the games at issue: Let It Ride, Three Card Poker, Pair Plus which is a side bet featured in connection with certain table games, Four Card Poker which features a side bet entitled Aces Up, the Aces Up game, Casino War, Caribbean Stud Bonus, Caribbean Stud Poker, Royal Match 21, Texas Hold 'Em Bonus, Ultimate Texas Hold 'Em and Fortune Pai Gow Poker (the "games at issue" or "SHFL Games").

6. SHFL is the exclusive owner of all rights to United States Patent No. 5,288,081 entitled "Method of Playing a Wagering Game" (the "'081 Patent") and to United States Patent No. 5,685,774 entitled "Method of Playing Card Games" (the "'774 Patent").

7. SHFL owns and extensively uses several trademarks for the games at issue, which are well-known and famous throughout the United States and worldwide, including but not limited to: "Let It Ride," U.S. Trademark Registration Numbers ("Reg. Nos.") 1,840,102; and 2,183,895; "Let It Ride 10 J Q K A 1 2 $" Design, Reg. No. 2,182,290; "Let It Ride Bonus 12$ A K Q J 10" Design, Reg. No. 2,558,783; and "10 J Q K A 12 $ Let It Ride The Tournament" Design, Reg. No. 2,100,875 and the common law trademark for "Let It Ride" (collectively, "LET IT RIDE"); "Three Card Poker" Design, Reg. Nos. 2,397,403; and 2,233,569; Fan Design, Reg. Nos. 2,395,326 and 2,036,848 and the common law trademark for "Three Card Poker" (collectively, "THREE CARD POKER"); "Four Card Poker" Design, Reg. Nos. 2,936,113; and 3,837,079 and the common law trademark for "Four Card Poker" (collectively, "FOUR CARD POKER"); "Aces Up," Reg. No. 3,372,889; "Aces Up" Design, Reg. No. 3,375,940 and the common law trademark for "Aces Up" (collectively, "ACES UP"); "Casino War," Reg. No. 1,860,468 and the common law trademark for "Casino War" ( collectively, "CASINO WAR"); "Pair Plus," Reg. Nos. 4,234,993 and 4,234,994 and the common law trademark for "Pair Plus" (collectively, "PAIR PLUS"); "Caribbean Stud Bonus," Reg. Nos. 3,893,104; 3,325,211 and 3,325,210; "Caribbean Stud," Reg. Nos. 3,067,149 and 1,787,117; and "Caribbean Draw," Reg. No. 2,108,501and the common law trademarks for "Caribbean Stud" and "Caribbean Draw" ( collectively, "CARIBBEAN STUD"); "Royal Match 21," Reg. No. 3,059,521 and the common law trademark for "Royal Match" (collectively, "ROYAL MATCH"); "Fortune Pai Gow Poker," Reg. No. 2,190,512 and the common law trademark for "Fortune Pai Gow" (collectively, "FORTUNE PAI GOW"); "Ultimate Texas Hold 'Em," Reg. Nos. 4,292,793 and 3,269,698; and

"Texas Hold 'Em Bonus," Reg. No. 3,125,004 and the common law trademarks for "Ultimate Texas Hold 'Em" and "Texas Hold 'Em Bonus."

8.  SHFL is also the owner of exclusive copyrights for the games at issue in its logos, game designs and layouts, including but not limited to its proprietary Let It Ride Logo, United States Copyright Reg. No. VA1754553; Let It Ride the Tournament User Guide and Logo, Reg. No. TX4459911; Three Card Poker featuring Pair Plus Game Design and Layout, Reg. No. VA1680816; Casino War Logo, Reg. No. VA1687388; Casino War Game Design and Layout, Reg. No. VA1687394; Caribbean Stud Game Design and Layout, Reg. No. VA301075; Caribbean Stud Poker Logo, Reg. No. VA1724316; and Caribbean Stud Poker Game Design and Layout, Reg. No. VA1716125.

9.  The above-identified patents, trademarks and copyrights are all valid and subsisting and are conclusive evidence of SHFL's ownership of and right to use the inventions, marks and designs shown therein in connection with entertainment services and games.

10. On September 25, 2012, SHFL filed this action against KARDWELL alleging, *inter alia*, that KARDWELL manufactures, markets, distributes, displays, uses, and sells casino card layouts for numerous casino games that are owned by SHFL, including but not limited to: the games "Let It Ride;" "Three Card Poker" (also known as "3-Card Poker") which includes a side bet entitled "Pair Plus;" "Four Card Poker" (also known as "4-Card Poker") which includes a side bet entitled "Aces Up;" "Casino War;" and "Caribbean Stud" (also known as "Caribbean Stud Poker") and subsequently noting "Royal Match 21;" "Texas Hold 'Em Bonus;" "Ultimate Texas Hold 'Em;" and "Fortune Pai Gow Poker"(collectively, the "Accused Layouts").

11. On May 7, 2013, KARDWELL filed an Answer denying the allegations in the Complaint and asserting a number of affirmative defenses.

12. SHFL has no adequate remedy at law and the alleged harm to SHFL and to the public outweighs the harm to any legitimate interests of KARDWELL.

13. SHFL, on the one hand, and KARDWELL on the other, desire to avoid the cost and expense of trial and to resolve the referenced disputes in a business-like fashion, but intend that the Court retain continuing jurisdiction in the event of the breach of the separate settlement agreement between SHFL and KARDWELL relating to this case (the "Settlement Agreement") or this Consent Judgment and Permanent Injunction, or other need for judicial intervention.

In accordance with the Settlement Agreement, the parties hereto stipulate and agree to this consent judgment and to the entry of a permanent injunction against KARDWELL in the form set forth below.

It is hereby ORDERED, ADJUDGED, and DECREED that:

1. <u>SHFL's Patents, Trademarks and Copyrights are Valid and Enforceable</u>. SHFL's '081 and '774 Patents, and its LET IT RIDE, THREE CARD POKER, FOUR CARD POKER, ACES UP, CASINO WAR, PAIR PLUS, CARIBBEAN STUD, ROYAL MATCH, FORTUNE PAI GOW, ULTIMATE TEXAS HOLD 'EM and TEXAS HOLD 'EM BONUS marks and copyrights are valid, and enforceable, with U.S. Trademark Reg. Nos. 1,840,102; 2,178,254; 2,183,895; 2,182,290; 2,558,783; 2,100,875; 2,397,403; 2,233,569; 2,395,326; 2,036,848; 2,936,113; 1,860,468; 3,067,149; 1,787,117; 2,108,501; 3,059,521; 2,190,512; 3,269,698; 3,125,004; 3,325,210 and 3,325,211 being incontestable.

2. <u>Permanent Injunction against KARDWELL</u>. KARDWELL, and all of its respective affiliates, subsidiaries, agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from KARDWELL, or in concert or participation with KARDWELL, are **permanently enjoined and restrained** from directly, or indirectly, infringing SHFL's patents, trademarks or copyrights for the SHFL Games in any manner, by:

    a. Using, displaying, advertising, promoting, registering,

transferring, or assigning, including on or in connection with any products, services, promotional items, domain names or web sites, the SHFL Games, including, the Let It Ride game, the Three Card Poker game, the Pair Plus side bet, the Four Card Poker featuring Aces Up game, the Aces Up game, the Casino War game, the Caribbean Stud Bonus game, the Caribbean Stud Poker game, the Royal Match 21 game, the Texas Hold 'Em Bonus game, the Ultimate Texas Hold 'Em game, the Fortune Pai Gow Poker game; the SHFL marks and copyrighted works, including, the LET IT RIDE, THREE CARD POKER, FOUR CARD POKER, ACES UP, CASINO WAR, PAIR PLUS, CARIBBEAN STUD, ROYAL MATCH, FORTUNE PAI GOW, ULTIMATE TEXAS HOLD 'EM and TEXAS HOLD 'EM BONUS marks, the Let It Ride Logo, the Let It Ride the Tournament User Guide and Logo, the Three Card Poker featuring Pair Plus Game Design and Layout, the Casino War Logo, the Casino War Game Design and Layout, the Caribbean Stud Game Design and Layout, the Caribbean Stud Poker Logo, the Caribbean Stud Poker Game Design and Layout, or any confusingly similar variation thereof ;

  b. Using, offering for sale, or selling, any SHFL Intellectual Property, *i.e.* trademark, logo, design, layout or source designation of any kind on or in connection with KARDWELL's goods that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods are produced or provided by SHFL, are sponsored or authorized by SHFL, or are in any way connected or related to SHFL;

  c. Using, offering for sale, or selling, any trademark, logo, design, layout or source designation of any kind on or in connection with

        KARDWELL's goods that dilutes or is likely to dilute the distinctiveness of the SHFL Marks;

    d. Passing off, palming off, or assisting in passing off or palming off KARDWELL's goods as those of SHFL, or otherwise engaging in any and all acts of unfair competition as alleged in the Complaint;

    e. Reproducing, distributing, displaying, selling, or offering for sale products that copy protected elements of SHFL Games, the Let It Ride Logo, the Let It Ride the Tournament User Guide and Logo, the Three Card Poker featuring Pair Plus Game Design and Layout, the Casino War Logo, the Casino War Game Design and Layout, the Caribbean Stud Game Design and Layout, the Caribbean Stud Poker Logo, the Caribbean Stud Poker Game Design and Layout or substantially similar variations thereof, including but not limited to the Infringing Layouts; and

    f. Engaging in acts of federal copyright infringement or patent infringement, or federal or California statutory or common law trademark infringement, passing off or unfair competition that would damage or injure SHFL and/or SHFL Marks, *i.e.* trademarks, logos, proprietary designs and/or other SHFL Intellectual Property.

3. <u>Payment of Settlement Sum</u>.  KARDWELL shall pay SHFL the agreed upon sum on the date set forth in the Settlement Agreement.

4. <u>Service</u>. Service may be made upon the Parties by registered mail or overnight delivery service (acceptance signature required) addressed as follows:

<u>To KARDWELL</u>: Kardwell International, Inc., Attn: Joseph Kardwell, 13650 Main Road, Mattituck, New York 11952, copy to counsel for KARDWELL, Arnold P. Lutzker, Lutzker & Lutzker LLP, 1233 20th Street, NW, Suite 703, Washington, DC 20036.

1 <u>To SHFL</u>: SHFL entertainment, Inc., Attn: General Counsel, 6650 El Camino Road, Las Vegas, Nevada 89118, copy to counsel for SHFL, Adrian Pruetz, Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP, 10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067.

A copy of this Consent Judgment and Permanent Injunction shall be deemed sufficient notice under Federal Rule of Civil Procedure 65.

5. ~~<u>Retention of Jurisdiction to Enforce Settlement Agreement and Consent Judgment and Permanent Injunction</u>. The Court retains jurisdiction to enforce the parties' Settlement Agreement and the Consent Judgment and Permanent Injunction.~~

6. <u>Entry of Judgment</u>. The Court expressly determines that there is no just reason for delay in entering this Consent Judgment and Permanent Injunction pursuant to Federal Rule of Civil Procedure 54(a), and the Court enters this Consent Judgment and Permanent Injunction against KARDWELL.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

7. <u>Expenses of the Action</u>. Each party shall bear its own costs and attorneys' fees in connection with this action.

**STIPULATED AND CONSENTED TO BY:**

DATED: September 11, 2013    SHFL ENTERTAINMENT, INC.,
formerly known as SHUFFLE MASTER, INC.

By: _____

Name: ROBERT SNOW

Title: CPO

DATED: September 9, 2013    KARDWELL INTERNATIONAL, INC.

By: Joseph Kardwell

Name: Joseph Kardwell

Title: President

IT IS SO ORDERED, ADJUDGED AND DECREED:

DATED:  September 12, 2013    By: _____
HON. STEPHEN V. WILSON
United States District Judge